UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-238

| | |
|---|---|
| JAMES EARHART,<br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE BANK, FSB,<br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion for Partial Summary Judgment filed on January 30, 2009 (Doc. No. 12). Trial is set for March 2, 2009.

**IT IS, THEREFORE, ORDERED** that the Defendant file its Reply brief by **February 24, 2009.**

Signed: February 18, 2009

Robert J. Conrad, Jr.
Chief United States District Judge