UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-238

| | |
|---|---|
| JAMES EARHART, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| COUNTRYWIDE BANK, FSB, ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte. Trial is set for March 2, 2009. Due to inclement weather, the Court will continue the trial date until March 3, 2009.

Signed: March 1, 2009

Robert J. Conrad, Jr.
Chief United States District Judge